THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ADAMILKA SORIANO          :

         Plaintiff          :

v.          :    3:11-CV-2206
         :    (JUDGE MARIANI)

COUNTY OF LUZERNE, et al.,          :

         Defendants          :

## ORDER

**AND NOW**, to wit, this **29TH DAY OF MARCH, 2012,** upon review of the Report and Recommendation of Judge Carlson (Doc. 14) for plain error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 1) is **ADOPTED.**

    a. Plaintiff's Complaint against Defendants County of Luzerne and Luzerne County Prison (Doc. 1) is **DISMISSED WITH PREJUDICE** for failure to file an Amended Complaint in accordance with the Court's Order of February 6, 2012. (Doc. 12).

2. The Clerk of Court is directed to issue a summons to be served on Defendant Anne Wright by the U.S. Marshal with the Complaint (Doc. 1) in accordance with FED. R. CIV. P. 4. Defendant is requested to waive service pursuant to FED. R. CIV. P. 4(d).

3. The Case is referred to Magistrate Judge Carlson for further proceedings.

Robert D. Mariani
United States District Judge